# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Sarah Dodson,

       Plaintiff,

    v.

John F. Guillary,

       Defendant.

Case No. 19-cv-07984

Hon. Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of

    which ☐ includes     pre–judgment interest.
          ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of plaintiff Sarah Dodson and against defendant John F. Guillary in the amount of $1,975.00 which includes $1,500.00 in statutory damages, plus $475.00 in costs. The claims by the putative class members are dismissed without prejudice. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger on a plaintiff's motion for default judgment. (Dckt. No. [29])

Date: 9/21/2020                               Thomas G. Bruton, Clerk of Court

                                                               Jessica J. Ramos, Deputy Clerk